Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

_Western_____ Division

RECEIVED
APR 04 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Brother Beltran Bey

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

lolo lolita brown

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No.   ~~508:CT:3102~~   5:23-CV-175-D
_____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Anthony Ricky Beltran |
| Address | P.O.BOX 310224 |
| | Jamaica / NY / 11431 |
| | *City / State / Zip Code* |
| County | Queens |
| Telephone Number | 5164021535 |
| E-Mail Address | beltrananthony938@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Lolo Lolita Brown Howell |
| Job or Title *(if known)* | Agent |
| Address | 3320 Garner Rd, |
| | Raleigh / NC / 27610 |
| | *City / State / Zip Code* |
| County | Wake |
| Telephone Number | 704-345-7186 or 704-779-0267 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity    [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | AubreyBridges |
| Job or Title *(if known)* | Special Agent |
| Address | 3320 Garner Rd |
| | Raleigh / NC / 27610 |
| | *City / State / Zip Code* |
| County | Wake |
| Telephone Number | 704-345-7186 or 704-779-0267 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity    [ ] Official capacity

Defendant No. 3
Name
Job or Title *(if known)*
Address

_____
_____
_____

| City | State | Zip Code |

County
Telephone Number
E-Mail Address *(if known)*

_____
_____
_____

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Address

_____
_____
_____

| City | State | Zip Code |

County
Telephone Number
E-Mail Address *(if known)*

_____
_____
_____

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Fourth Amendment prohibits the United States government from conducting " unreasonable searches and seizures. " In general; this means that the police cannot search a person or their property without a warrant or probable cause. Also I contacted Special Agent Audrey Bridges in Raleigh North Carolina and filed a complaint against Lolo Lolita Brown Howell for being unethical and unmoral in her work space and for violating my Constitutional rights that I'm entitled to Fear of God.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

According to Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the the United States. I've filed a complaint against Lolo Lolita Brown Howell in the 104th Precinct in Ridgewood Queens located at 6402 Catalpa Ave, Queens, NY 11385 and he filed the complaint against her on my behalf in which he sent it to One Police Plaza located at 1 Police Plaza Path, New York,NY 10038.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
I Anthony Ricky Beltran are sure that lolo lolita brown howell are the one that used live media on me and according to the General Assembly the use of Media are forever prohibited. Lolo Lolita Brown Howell which lives at eithere 1635 Roseanne Drive Kinston, NC 28501 or 1625 Neuse Road Kinson, NC 28501 rooted me in approximately in 2008 in North Carolina and are illegally gathering information in violation of my Fourth and Fifth and Sixth Admendment Rights and Section 242 of Title 18 U.S.C.

B. What date and approximate time did the events giving rise to your claim(s) occur?
On or about August 4,2008 it came to my attention that Lolo Lolita Brown Howell was using Roots or Voodoo to gather information illegally through the use of media and this been happening since 2008 all the way up until present and I've brought it to the attention of Special Agent Audrey Bridges and she told me that Lolo Lolita Brown Howell are suppose to be helping me and protecting me being she works for Lawenforcement which she is bound by law to do. She took an Oath to do so according to tghe SBI.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
In The Interest Of Justice In God We Trust I've sustained Irreversible damage and this is a Deprivation of rights under the color of law according to Title 18 U.S.C. 242 the statute states Whoever, under color of any law, statute, ordinance,regulation,or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession,or District to the Deprivation pf any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States of America, or to different punishments,pains, or penalties,on accounts of such person being a alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section and I think that Lolo Lolita Brown Howell should be fined in her Individual and Official Capacity. I Anthony Ricky Beltran know that my constitutional rights has been violated and I've brought it to the attention of Special Agent Aubrey Bridgeswhich works for the State Bureau of Investigation and Officer Teti which works for the 104th Precinct in Ridgewood Queens and to the Federal Bureau of Investigation and Agent Dan Miller which works at 8002 Kew Gardens Rd Kew Gardens NY.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I am Brother Beltran Bey have been injured Mentally as well as Psychologically and financially being I sought financial loss due to Lolo Lolita Brown Howell. I've been hospitalized by several hospitals in New York City some of the hospitals names are Nassua University Medical Center located at 2201 Hempstead Tpke, East Meadow,NY 11554 Telephone Number 51657201232 because of Paranoia and Anxiety and Depression and Bipolor due to Lolo Lolita Brown Howell basically are Underminding my character and public image and it's a compromise against me and my Persons and Property and this violates my Fourth Fifth and Sixth Amendment's Rights and it Sabotaged me in my papers and persons and caused me Financial Loss in the effect that she is Defamation of Character in New York mean refers to the willful communication of a false statement to harm my personal reputation. This caused me Financial Loss in the IRS and this is a loss and kind od injury and damages suffered by one person which is me because of a faulty services performed by an organisation.Im receiving Mental Health Services from Arms Acres located at 8002 Kew Gardens Rd #704, Kew Gardens, NY 11415 and the Prosecutor and District Attorney named Melinda Katz has basically the whole building with the Federal Bureau of Investigation already started an investigation against Lolo Lolita Brown Howell and the agent name is Dan Miller and he is working with Mr.Arif Cruz and Officer Teti which works for the 104th Precinct 6402 Catalpa Ave, Queens,NY 11385 and his Cell Phone can be reached at 917-863-1861 and they will give up the write up against Lolo Lolita Brown Howell that are currently in One Police Plaza,1 Police Plaza Path, New York,NY 10038.I think that Lolo Lolita Brown Howell should get fired from the State Bureau of Investigation located at 3320 Garner Rd, Raleigh, NC 27610 alright. I think that Officer Teti and the District Attorney Melinda Katz and Agent Dan Miller should back my case and make sure that I get paid and so should Lolo Lolita Brown Howell

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Great I am Brother Beltran Bey thinks that the 111th Precinct located at 45-06 215th Street, Queens,NY 11361 are willing to help me get all of my money back because of Lolo Lolita Brown Howell. She should help me and stop Undermining me and Defamation of my Reputation and Character and this is also Libel.Libel is the act of defaming another person through writings, such ae newspapers, other publications,articles, blogs or social media posting. Slander is the act of making a false oral statements about the character or professional standing of another person. Ive have a case pending with The Bureau Of Child Welfare located 165-15 Archer Avenue 1st Fl Jamaica New York 11433 and the Phone Number 718-480-4392 and the Lawyer that is representing me on that case is Attorney At Law Mr.Jeff Herman located at 434 West 33rd street New York, New York. Me and my sister Ms.Monique Howell waas raped by Josiah Davis both Orally and Anally from 1988 to the year of 1992 at 40 Rockland Ave West Babylon 11704 and I'm currently are attending the Arms Acres located at 90-02 161th Street Jamaica,NY 11432 and my Case Manager is Mr.Todd Siberner and my Dr.Lisa Borg and she diagnosed me with Anxiety and Depression and Bipolar and Paranoia and she put me on Abilify and Depekote 500Mg and Abilify 10Mg and this medication to stablize my mind body and mood and I do catch flashbacks of when I got raped when I was younger and I don't like what happened because I was taken advantaged of and it made me feel disgusted and busted and don't want this to happen again in my life.I'm sure that my life would have been alot better if I wouldn't have gotten raped and I also that that I should get rewarded anywhere from $6,000,000 to $8,000,000 and Im sure that I have a good case in the Bureau Of Child Welfare and Saint Christopher Ottille and Brentwood and I think that the JUdge the is over my case should help me Socially Politically and Economically. This is the relief that Im seeking from my paralegal Ms Renata Nenal Fear of God

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/23/2023

Signature of Plaintiff: Anthony Ricky Beltran
Printed Name of Plaintiff: Brother Beltran Bey

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City / State / Zip Code
Telephone Number: (516) 402-1535
E-mail Address: beltrananthony938@gmail.com