UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BROTHER BELTRAN BEY,<br><br>     Plaintiff,<br><br>v.<br><br><br>LOLO LOLITA BROWN HOWELL and<br>AUBREY BRIDGES,<br><br>     Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-175-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 9] and DISMISSES WITH PREJUDICE plaintiff's complaint for failure to prosecute.

**This Judgment Filed and Entered on November 1, 2023, and Copies To:**

Brother Beltran Bey  (via US Mail to P.O. Box 310224, Jamaica, NY 11431)

DATE: November 1, 2023      PETER A. MOORE, JR., CLERK

                 (By) /s/ Stephanie Mann
                 Deputy Clerk